■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAIN ALBRIGHT, Appellant. [602 NYS2d 578] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Wisner, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERT VERDELL CARROLL, Appellant. [602 NYS2d 579] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Robbery, 1st Degree.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.